UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST NBC BANK | * | DOCKET NO. 17-6652 |
| | * | |
| versus | * | SECTION G (2) |
| | * | |
| LEVY GARDENS PARTNERS 2007, LP | * | JUDGE BROWN |
| | * | |

**************************************************

## MEMORANDUM IN SUPPORT OF MOTION FOR FULL DISCLOSURE BY FDIC AS TO ALL LOANS MADE BY FIRST NBC BANK TO LEVY GARDENS AND RELATED PARTIES

Levy Gardens Partners 2007 LP moves for full disclosure of the loans called by the FDIC on June 21, July 26 and August 24, 2017, and all other underlying loans made, refinanced and/or paid, for the reasons set forth below.

**(a)** **The collapse and closure of First NBC.**  In order to fully understand why Levy Gardens and the LG Parties are asking for full disclosure of not only their loan files, but certain information regarding Coastal Phoenix Investments, LLC, some background is appropriate.  When Ashton Ryan left First Bank and Trust to form First NBC, he envisioned becoming *the* leading banker in the region and perhaps more than that.  In record time, First NBC's holding company made its debut on the NASDAQ exchange and First NBC Bank was "...off to the races...", not necessarily a good thing, Exhibits A and B to Motion.  While it's not a matter of carrying a burden of proof, it is said that when borrowing money from a bank, "...if you borrow big enough, the bank becomes your partner...."

1

As has become apparent in the wake of this epic collapse, First NBC became enamored with tax credits and borrowers with an appetite for oversized and ill-secured loans. The reckless lending practices led to a manifest pattern of hiding the truth from state and federal regulators and bank examiners.

**(b) The Succession of Heisler didn't get the money and the loans are unenforceable.** It is no secret that subterfuge was taking place as First NBC's collapse gained momentum. Loans that were delinquent were hidden from the regulators. The Levy Gardens loans identified in the motion were vulnerable due to the national fraud perpetrated by the title "...insurance..." industry widely acclaimed to be a multi-billion dollar national disgrace. See, Certiorari Application in *Klein v. ALTA*, United States Supreme Court Docket 13-1560 and *Klein v. Lewis Title*, Civil Action 17-2205 (E.D.La.)

Worse, the 74-year-old Heisler widow, Regina Heisler, did *not* get the money that the FDIC is now demanding be re-paid. The failed bank was manipulating its portfolio to hide delinquencies, a practice that implicates an ancient doctrine:

*Ex Turpi Causa Non Oritur Actio*

meaning that:

"**...from a dishonorable cause no action can arise...**"

In order to apply the maxim, the LG Parties need (and are entitled to) complete access to all files on alleged loans made to the LG Parties. The pattern of refinancing delinquent loans is called "...capitalization of interest..." and was an unbridled practice at the now-failed First NBC Bank. It is the avowed intention of the LG Parties to request a declaratory judgment pursuant to 28 U.S.C. § 2201 to the effect that the loans *sub judice* are unenforceable, as a matter of law.

**(c)  Total interest paid and total fees paid.**  First NBC Bank has not sent any year-end 1099 reports or any other information as to what the alleged debtors paid and what the bank received during the years 2007 to date. We respectfully ask that this information be provided in all respects.

**(d)  Holly Haag e-mails and other communications with Coastal Phoenix regarding the payment of interest.**  As matters deteriorated, it became a pattern at the end of most months for First NBC loan officer Holly Haag to call for the payment of interest allegedly owed on the LG Parties loans. Typically, when advised that there was no money, the pattern turned to communicating with Coastal Phoenix employees and/or CPI executive assistant Dorothy Jacobs. The substance of those communications will reveal additional violations of the law.

**(e)  The FDIC request for a stay does not impact the LG Parties' rights to full disclosure.**  Although the FDIC has moved for a stay of all proceedings against the failed bank, Doc. 13, these are not claims *against* First NBC. Rather, the LG Parties are addressing *defenses* to the FDIC demands for "...immediate..."payment. There is no justification for the non-production of the items listed in the motion supported hereby.

A prior Motion to Compel FDIC Disclosures was previously filed as Doc. 32, but deemed deficient. This Motion supercedes Doc. 32. A previous Motion to Expedite Disclosures was filed as Doc. 33 and Levy Gardens believes and therefore avers still applies. This matter, however, is now noticed for September 27, subject to expedition as requested.

As further information is provided, the LG Parties reserve their rights to proceed further on the information obtained.

3

Respectfully submitted,

/s/ *Henry L. Klein*
Henry L. Klein (TA)
844 Baronne Street
New Orleans, Louisiana 70113
(504) 301-3027
henryklein44@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST NBC BANK | * | DOCKET NO. 17-6652 |
| | * | |
| versus | * | SECTION G (2) |
| | * | |
| LEVY GARDENS PARTNERS 2007, LP | * | JUDGE BROWN |
| | * | |

**********************************************

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 37, Levy Gardens Partners 2007, LP certifies that efforts to obtain the information sought without filing this motion have not successful.

The information sought is vital to the defense of the claims made by the FDIC-R.

Respectfully submitted,

/s/ *Henry L. Klein*
Henry L. Klein (TA)
844 Baronne Street
New Orleans, Louisiana 70113
(504) 301-3027
henryklein44@gmail.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| FIRST NBC BANK | * | DOCKET NO. 17-6652 |
| | * | |
| versus | * | SECTION G (2) |
| | * | |
| LEVY GARDENS PARTNERS 2007, LP | * | JUDGE BROWN |
| | * | |

**************************************************

NOTICE OF SUBMISSION

Levy Gardens Partners 2007, LP hereby notices the submission of the motion filed hereby to the Honorable Joseph C. Wilkinson, Jr., United States Magistrate-Judge for Wednesday, September 27, 2017 at 11:00 o'clock a.m. or as the Court may deem fit and proper.

Respectfully submitted,

/s/ *Henry L. Klein*
Henry L. Klein (TA)
844 Baronne Street
New Orleans, Louisiana 70113
(504) 301-3027
henryklein44@gmail.com