IN THE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

Docket No. 2017-1517                                                                    DIVISION "L"

HENRY L. KLEIN, ET AL

versus

LEWIS TITLE INSURANCE COMPANY, INC.

and LISKOW & LEWIS, PLC

FILED:_____        _____

                                                             DEPUTY CLERK

## **JUDGMENT**

On March 8, 2019, this case came on for hearing on Plaintiffs' Motion to Extend Stay Pending a Ruling in *Klein v. Mnuchin* in the District of Columbia, Docket Number 18-0769 (JEB) or *Klein v. Lewis Title* in the Eastern District of Louisiana, Docket Number 17-6652 (NJB) (hereinafter, the "Motion").

        Present:        **Michael A. Bagneris**, *Counsel for Henry L. Klein*

                             **Henry L. Klein**, *Counsel for Levy Gardens Partners 2007, LP and the Succession of Frederick P. Heisler*

                             **Nicholas J. Wehlen**, *Counsel for Lewis Title Company, Inc. and Liskow & Lewis, PLC*

The Court, considering the pleadings, the memoranda submitted by the parties, the objections by Lewis Title Company, Inc. and Liskow & Lewis PLC (hereafter "Defendants"), and the argument of counsel, for reasons orally assigned, rules as follows:

**IT IS ORDERED** that the Motion be and the same is hereby GRANTED; and

**IT IS FURTHER ORDERED** that this case be and is hereby STAYED pending a resolution of the Third-Party Demand filed by plaintiff Levy Gardens Partners 2007, LP against Defendants in the matter captioned *First NBC Bank v. Levy Gardens Partners 2007, LP,* Case No. 2017-6652, United States District Court, Eastern District of Louisiana, reserving to all parties the right to move to lift the stay on a showing of good cause, or pursuant to further Orders from the Court.

Judgment Signed at NEW ORLEANS, LOUISIANA on this 13th day of March, 2019.

_____
**Kern A. Reese, Judge, Division L**

### **Certificate of Compliance:**

I certify that a copy of the above judgment was circulated to all counsel and approved as to form prior to submission to the Court for signing.

March 12, 2019



PLAINTIFF'S EXHIBIT A